1  Lisa A. Villasenor, Esq. (SBN 133984)
   Steve K. Johnson, Esq. (SBN 107638)
2  MANNING & MARDER
   KASS, ELLROD, RAMIREZ LLP
3  15th Floor at 801 Tower
   801 South Figueroa Street
4  Los Angeles, CA 90017
   Telephone: (213) 624-6900
5  Facsimile (213) 624-6999
   Email: skj@mmker.com
6  Email: lav@mmker.com

7  Attorneys for Defendant,
   FRY'S ELECTRONICS, INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 MICHAEL FERNANDES,              )  Case No.: C 07-05215 WHA
                                   )
13              Plaintiff,         )  **NOTICE OF INTERESTED**
                                   )  **PARTIES**
14 vs.                             )
                                   )
15 1695 WILLOW PASS ROAD, LLC FRY'S)
   ELECTRONICS, INC.,              )
16                                 )
                                   )
17              Defendants.        )
   _____  )

18     The undersigned, counsel for Defendant, FRY'S ELECTRONICS, INC. certify that the

19 following listed parties have a direct, pecuniary interest in the outcome of this case:

20     1.   MICHAEL FERNANDES;

21     2.   1695 WILLOW PASS ROAD, LLC; and

22     3.   FRY'S ELECTRONICS, INC.

23 Dated: December 14, 2007                    **MANNING & MARDER**
                                               **KASS, ELLROD, RAMIREZ LLP**
24
25
                                               By: _____
26                                                 Lisa A. Villasenor
                                                   Attorneys for Defendant,
27                                                 FRY'S ELECTRONICS, INC.

28

-1-
D:\docsdata\lav\11 OTHER OFFICES FILES\Fernandez v Fry's\Cert.Int.Parties.wpd
NOTICE OF INTERESTED PARTIES

## CERTIFICATION OF SERVICE

*MICHAEL FERNANDES vs. 1695 WILLOW PASS ROAD, LLC FRY'S ELECTRONICS, INC.,*
United States District Court - Northern District Case No.: (C 07-05215 WHA)

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One California Street, Suite 1100, San Francisco, CA 94111.

On the date indicated below, I served the documents described as NOTICE OF INTERESTED PARTIES to the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Thomas N. Stewart, II, Esq.<br>369 Blue Oak Lane, 2nd Floor<br>Clayton, CA 94517<br>Phone: (925) 672-8452<br>Fax:    (925) 673-1729 | COUNSEL FOR PLAINTIFF,<br>MICHAEL FERNANDES |

☒    **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 14, 2007 at San Francisco, California.

Carlos Rios

-2-