THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>    Plaintiff,<br><br>v.<br><br>1695 WILLOW PASS ROAD, LLC, FRY'S ELECTRONICS, INC.,<br><br>    Defendant.<br>_____/ | Case No.  C 07-5215 WHA<br><br>NOTICE OF VOLUNTARY DISMISSAL OF 1695 WILLOW PASS ROAD, LLC |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses 1695 Willow Pass Road, LLC from the above-captioned action without prejudice.

Date:  January 30, 2008

S/THOMAS N. STEWART, III
Attorney for Plaintiff

C 07-5215 WHA                                1