Jeffrey M. Lenkov, Esq. (SBN 156478)
Steve K. Johnson, Esq. (SBN 107638)
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile (213) 624-6999
Email: skj@mmker.com
Email: lav@mmker.com

Attorneys for Defendant,
FRY'S ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>                              Plaintiff,<br><br>vs.<br><br>1695 WILLOW PASS ROAD, LLC FRY'S ELECTRONICS, INC.,<br><br>                              Defendants. | Case No.: **C 07-05215 WHA**<br><br>NOTICE OF CHANGE OF HANDLING ATTORNEYS |

Notice is hereby given that the names and address of the handling attorneys within Manning & Marder, Kass, Ellrod, Ramirez in the above-referenced case have changed.  The former handling attorneys were:

> Lisa Villasenor
> One California Street, Suite 1100
> San Francisco, California 94111

> Jeffrey M. Lenkov
> 801 S. Figueroa, 15th Floor
> Los Angeles, California 90017

The current handling attorneys are:

> Jeffrey M. Lenkov
> 801 S. Figueroa, 15th Floor
> Los Angeles, California 90017

> Steve Johnson
> 801 S. Figueroa, 15th Floor
> Los Angeles, California 90017

1    Notices and communications to counsel for defendant Fry's Electronics, Inc.
2    should be directed to the new attorneys.

3

4    Dated:  February 11, 2008

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____
        Steve Johnson
Attorneys for Defendant,
FRY'S ELECTRONICS, INC.

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 15th Floor, Los Angeles, California 90017.

On **February 13, 2008,** I served the document described as **NOTICE OF CHANGE OF HANDLING ATTORNEYS** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Thomas N. Stewart, III, Esq.
369 Blue Oak Lane, 2nd Floor
Clayton, CA 94517
Tel: 925-672-8452
Fax: 925-673-1729
*Attorney for Plaintiff Michael Fernandes*

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number:

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on **February 13, 2008,** at Los Angeles, California.

LINDA LOPEZ