THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>1695 WILLOW PASS ROAD, LLC, FRY'S ELECTRONICS, INC.,<br><br>　　　　Defendant.<br>_____/ | Case No. C 07-5215 WHA<br><br>PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DEFENDANT TO COMPLY WITH THE CASE SCHEDULE; DECLARATION OF THOMAS N. STEWART, III IN SUPPORT<br><br>March 27, 2008<br>8:00 a.m.<br>Courtroom 9; 19th Floor |

TO ALL PARTIES:

NOTICE IS HEREBY GIVEN that on March 27, 2008 at 8:00 a.m. in Courtroom 9 of the above-entitled Court, Plaintiff will move, and hereby does move, for an Order compelling Defendant, Fry's Electronics, Inc. (the other Defendant has been dismissed) to comply with all aspects of this Court's Case Schedule. The Motion is on the grounds that, in this ADA case, despite requests by Plaintiff's counsel, Defendant refuses to serve its Initial Disclosures and refuses to cooperate in setting up the required "Joint Inspection of the Premises".

February 18, 2008

　　C 07-5215 WHA　　　　　　　　　　1

<u>S/Thomas N. Stewart, III</u>
Attorney for Plaintiff

## DECLARATION OF THOMAS N. STEWART, III

I, Thomas N. Stewart, III declare:

1. I am duly licensed to practice law in this State, am certified to practice law in this Court, and am Plaintiff's attorney of record in this Action.

2. This is an action brought pursuant to the Americans with Disabilities Act (ADA), wherein Plaintiff alleges that he is a disabled wheelchair user, that he had difficulty parking in Defendant retailer's parking lot due to the existence of barriers, and that the barriers violate the requirements of the ADA.

3. As Northern District Courts do in ADA cases these days, the Court issued a Case Schedule. Among other requirements, the Case Schedule requires the parties to file Initial Disclosures seven days before the Joint Site Inspection, and hold the Joint Site Inspection by January 22, 2008.

4. On January 24, 2008, I faxed Defense Counsel a letter which states in part:

> "The Case Schedule requires us to have conducted our Joint Inspection by now. Please give me a list of available dates for me and my Expert to go to the Store and conduct our inspection".

A copy of that letter is attached hereto. Defense counsel did not respond to that letter.

5. On February 6, 2008, I faxed Defense Counsel a letter stating that he had ignored my January 6, 2008 letter and threatening to file a Motion if he did not respond. I faxed Defense Counsel a second letter on February 6, 2008 demanding that he file his Initial Disclosures.

Copies of those letters are also attached hereto. There has been no meaningful response to either of these letters.

6. As of the date this Motion was filed, Defendant had not filed its Initial Disclosures, and had not cooperated in attempting to set up the Joint Inspection. Therefore, Plaintiff needs an Order compelling Defendant to comply with the Case Schedule.

 I declare under penalty of perjury that the forgoing is true, and that this Declaration was executed on February 18, 2008 at Clayton, California.


S/Thomas N. Stewart, III
Attorney for Plaintiff