Telephone (925) 672-8452　　　**THOMAS N. STEWART, III**　　　e-mail T_STEW_3 @ Yahoo.com
Telefax　(925) 673-1729

Attorney at Law
369 Blue Oak Lane, 2nd Floor
Clayton, CA 94517

January 24, 2008

Steven K. Johnson　　　　　　　　　　　　Faxed to (213) 624-6999
Manning & Marder
801 South Figueroa Street, 15th Floor
Los Angeles, Ca 90017

Re: Fernandes v. Fry's Electronics and 1695 Willow Pass Road

Dear Mr. Johnson:

Because you did not respond to my December 18, 2007 letter, I am going to have your client's landlord served personally.

The Case Schedule requires us to have conducted our Joint Inspection by now. Please give me a list of available dates for me and my Expert to go to the Store and conduct our inspection.

Very truly yours,

THOMAS N. STEWART, III

TNS/t

Telephone (925) 672-8452
Telefax    (925) 673-1729

**THOMAS N. STEWART, III**
Attorney at Law
369 Blue Oak Lane, 2nd Floor
Clayton, CA 94517

e-mail T_STEW_3 @ Yahoo.com

February 6, 2008

Steven K. Johnson
Manning & Marder
801 South Figueroa Street, 15th Floor
Los Angeles, Ca 90017

Faxed to (213) 624-6999

Re: Fernandes v. Fry's Electronics and 1695 Willow Pass Road

Dear Mr. Johnson:

Almost two weeks ago, I wrote to you, asking for potential dates for the mandatory joint site inspection. You have ignored my letter. Unless you respond to my letter by February 8, 2008, I will have no choice but to prepare and file a Motion for Administrative Relief. In the numerous ADA cases that I have filed, I have never had to file such a Motion, because no defendant has ever refused to cooperate in setting up the mandatory joint inspection.

Very truly yours,

*[signature]*

THOMAS N. STEWART, III

TNS/t

Telephone (925) 672-8452
Telefax    (925) 673-1729

**THOMAS N. STEWART, III**

Attorney at Law
369 Blue Oak Lane, 2nd Floor
Clayton, CA 94517

e-mail T_STEW_3 @ Yahoo.com

February 6, 2008

Steven K. Johnson
Manning & Marder
801 South Figueroa Street, 15th Floor
Los Angeles, Ca 90017

Faxed to (213) 624-6999

Re: Fernandes v. Fry's Electronics and 1695 Willow Pass Road

Dear Mr. Johnson:

According to our Case Schedule, we should have conducted our Joint Site Inspection by now. This means that we should have served our Initial Disclosures by now.

Thus, I have filed Plaintiff's Initial Disclosures. Defendant's Initial Disclosures are also due. When you file them, be sure to include a complete "construction or alteration history of the subject premises" as the Case Schedule Requires. Unless I receive your Initial Disclosures by February 8, 2008, I will request it along with the joint site inspection when I file my Motion for Administrative Relief.

Very truly yours,

*[signature]*

THOMAS N. STEWART, III

TNS/t