THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>    Plaintiff,<br><br>v.<br><br>1695 WILLOW PASS ROAD, LLC, FRY'S ELECTRONICS, INC.,<br><br>    Defendant.<br>_____/ | Case No.  C 07-5215 WHA<br><br>PROPOSED ORDER ON PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DEFENDANT TO COMPLY WITH THE CASE SCHEDULE<br><br>March 27, 2008<br>8:00 a.m.<br>Courtroom 9; 19th Floor |

    Plaintiff's Motion for an Order compelling Defendant, Fry's Electronics, Inc. to comply with the Court's Case Schedule came on for hearing this date.  The Court, having read all of the documents filed by the parties in this regard, and having listened to oral argument, finds that Defendant Fry's Electronics, Inc., has failed to file Initial Disclosures, and has failed to cooperate in setting up a Joint Inspection, and has thus failed to comply with the Case Schedule.

    THE COURT THEREFORE ORDERS that Defendant Fry's Electronics, Inc. shall file

its Initial Disclosure within two weeks hereof, shall cooperate with Plaintiff in setting up a Joint Inspection which shall take place within four weeks thereof, and shall comply with the Case Schedule in all other respects.

Date:

_____
Judge