**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>  Plaintiff,<br><br>  v.<br><br>1695 WILLOW PASS ROAD, LLC,<br>FRY'S ELECTRONICS, INC.,<br><br>  Defendants.<br>_____ / | No. C 07-05215 WHA<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE AND VACATING HEARING SET FOR MARCH 27, 2008** |

Plaintiff file a motion for an order compelling defendant to comply with the case schedule on February 28, 2008. The Court hereby **SETS** a hearing on **THURSDAY, FEBRUARY 21, 2008, AT 8:00 A.M.** for this motion. Defendants' response is due by **2:00 P.M. ON FEBRUARY 20**. The March 27, 2008, date is **VACATED**. Please read the Court's supplemental order filed October 11, 2007, concerning handling of discovery disputes.

**IT IS SO ORDERED.**

Dated: February 19, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE