IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FERNANDES,

    Plaintiff,

  v.

1695 WILLOW PASS ROAD, LLC,
FRY'S ELECTRONICS, INC.,

    Defendants.
                               /

No. C 07-05215 WHA

**ORDER CONTINUING HEARING ON DISCOVERY DISPUTE**

      The hearing on plaintiff's discovery dispute is **CONTINUED** to **FEBRUARY 28, 2008, AT 11:00 A.M.** immediately following the case management conference. Defendants' response to plaintiff's letter is due by 9:00 a.m. on February 26, 2008.

      **IT IS SO ORDERED.**

Dated: February 20, 2008.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE