Jeffrey M. Lenkov, Esq. (SBN 156478)
Steve K. Johnson, Esq. (SBN 107638)
Brian Finn, Esq.
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile (213) 624-6999
Email: skj@mmker.com
Email: lav@mmker.com

Attorneys for Defendant,
FRY'S ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>    Plaintiff,<br><br>vs.<br><br>1695 WILLOW PASS ROAD, LLC FRY'S ELECTRONICS, INC.,<br><br>    Defendants. | Case No.: **C 07-05215 WHA**<br><br>DEFENDANT'S OPPOSITION TO MOTION FOR AN ORDER COMPELLING COMPLIANCE WITH CASE SCHEDULE AND SUPPORTING DECLARATION OF STEVE K. JOHNSON<br><br>Date:    February 28, 2008<br>Time:   11:00 a.m.<br>Ctrm:   9 (19th Floor) |

Defendant, FRY'S ELECTRONICS, INC. hereby opposes the Motion of Plaintiff Michael Fernandes for an order compelling defendant Fry's Electronics, Inc. to comply with all aspects of the Court's case schedule on the grounds that defendant has now made initial disclosures, is cooperating in scheduling a joint inspection of the premises at 1695 Willow Pass Road, Concord, California and will comply with its future obligations under the Court's General Order 56 for litigation of Americans with Disabilities suits.

Dated: February 26, 2008

                                        MANNING & MARDER
                                      KASS, ELLROD, RAMIREZ LLP

                                      By: _/s/ Steve Johnson_
                                          Steve Johnson
                                      Attorneys for Defendant,
                                      FRY'S ELECTRONICS, INC.

## DECLARATION OF STEVE K. JOHNSON

I, Steve K. Johnson, declare that:

1. I am an attorney at law licensed to practice before all the courts of the State of California and I am authorized to practice in the United States District Court for the Northern District of California. I am associated with the law firm of Manning & Marder, Kass, Ellrod, Ramirez which is counsel for defendant, Fry's Electronics, Inc. in the above-captioned action.

2. As set forth in the previously filed Declaration of Thomas N. Stewart, III, attorney of record for the plaintiff in the above-captioned matter, this litigation relates to claimed violations of the Americans with Disabilities Act in the parking lot of a retail store openedby defendant Fry's Electronics, Inc. in Concord, Califonria.

3. Plaintiff has filed a motion to compel defendant to comply with the court's case schedule, as prescribed by its general order no. 56. Attached hereto as Exhibit A is a copy of the initial disclosures filed by defendant on February 26, 2008. Additionally, defendant Fry's Electronic's Inc will facilitate joint inspection of the parking lot which is the subject of the above-captioned litigation on or before March 20, 2008. In doing so, I will coordinate the selection of an appropriate date with plaintiff's counsel, Mr. Stewart.

4. Attached to the motion filed by plaintiff's counsel is correspondence regarding compliance with the case schedule. I responded to this correspondence by contacting Mr. Stewart telephonically on February 8, 2008 and February 19, 2008. In our discussions, we expressed our clients' mutual desires to avoid protracted litigation and, if possible to resolve the above-captioned dispute. We discussed the prospect of settlement and the desire to avoid litigating the case by reaching an agreement for resolution. Mr. Stewart emphasized his interest in pursuant settlement negotiations rather than unnecessarily incurring the expense of procedural details. This is an interest which I share, if at all possible. It was because I hoped that settlement could be achieved without initial disclosures or a case management

1  conference that delays occurred in the litigation.

2      5.    I recognize that the court's rules for litigating ADA cases, as contained
3  in general order 56 and the case schedule are focused on achieving a resolution of
4  disputes in an expedient fashion without protracted litigation. It has been my hope
5  that such a resolution will be possible. However, I recognize that there are certain
6  procedural obligations that must be fulfilled. Defendants obligation to make initial
7  disclosures pursuant to Federal Rule of Civil Procedure 26 has now been fulfilled
8  and, once a specific date for a joint inspection has been selected, the next aspect of
9  the case schedule will have been satisfied.

10      I declare under penalty of purgery under the laws of the State of California that
11  the foregoing is true and correct and that this declaration was executed on February
12  26, 2008 at Los Angeles, California.

*[signature]*
Steve K. Johnson, Declarant