Jeffrey M. Lenkov, Esq. (SBN 156478)
Steve K. Johnson, Esq. (SBN 107638)
Brian Finn, Esq.
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile (213) 624-6999
Email: skj@mmker.com
Email: lav@mmker.com

Attorneys for Defendant,
FRY'S ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>1695 WILLOW PASS ROAD, LLC FRY'S ELECTRONICS, INC.,<br><br>　　　　　Defendants. | Case No.: **C 07-05215 WHA**<br><br>DEFENDANTS INITIAL DISCLOSURES |

　　　　Defendant, FRY'S ELECTRONICS, INC. hereby makes the following initial disclosures required by Rule 26 of the Federal Rules of Civil Procedure:

**A.　WITNESSES**

　　　　Defendant has not identified any witnesses to date, but its investigation and discovery are continuing. Defendant will update this disclosure once one or more witnesses are identified by name.

　　　　Defendant anticipates identifying the individuals most knowledgeable about the design, construction, modification, alteration, or inspection of the improvements to the Fry's Electronics Store located at 1695 Willow Pass Road, Concord, California.

**B.　DOCUMENTS**

　　　　The documents, plans, and writings showing the design, construction,

modification, alteration, and inspection of improvements to the Fry's Electronic's store located at 1695 Willow Pass Rd., Concord, California .

**C.     DAMAGES**

Defendant is not making a damage claim at this time. Therefore no damages disclosures are made. Investigation and discovery are continuing.

**D.     INSURANCE**

Defendant is not aware of any liability insurance coverage applicable to the above-captioned matter. Consequently, no insurance disclosures are made. Investigation and discovery are continuing.

Dated: February 26, 2008

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____
Steve Johnson
Attorneys for Defendant,
FRY'S ELECTRONICS, INC.