IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | No. C 07-05215 WHA |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S DISCOVERY DISPUTE** |
| 1695 WILLOW PASS ROAD, LLC, and FRY'S ELECTRONICS, INC., | |
| Defendants. / | |

  Most of this discovery dispute was resolved before the hearing and was **GRANTED IN PART** for the reasons stated on the record at the hearing.

  **IT IS SO ORDERED.**

Dated: February 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE