**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 28, 2008

Case No.  C 07-05215 WHA

Title: MICHAEL FERNANDES  v. 1695 WILLOW PASS ROAD

Plaintiff Attorneys: Tom Stewart

Defense Attorneys: Brian Finn

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)    CMC - HELD

2)    Discovery Dispute - HELD

Disclosures: 3/7/08

Discovery Cutoff: 10/31/08

Designation of Experts: 10/31/08

Last Day to File Motion: 12/18/08

Continued to **2/23/09 at 2:00 pm** for Pretrial Conference

Continued to **3/9/09 at 7:30 am** for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.

Court ruled on the discovery dispute.  By 3/13/08, defendant shall provide the construction and alteration history of the premise. The parties shall arrange a date for the site inspection to be completed by 3/27/08.