# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Fernandes, | 07-05215 WHA MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| 1695 Willow Pass Rd., LLC, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Robin W. Siefkin**
US District Court - ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102 3426
415-522-4636
Robin_Siefkin@cand.uscourts.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05215 WHA MED                           - 1 -

*United States District Court*
*Northern District of California*

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: March 4, 2008

5   RICHARD W. WIEKING
    Clerk
6   by:     Alice M. Fiel

7

8   ───────────────────────────────
    ADR Case Administrator
9   415-522-3148
    Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05215 WHA MED                - 2 -