```
Jeffrey M. Lenkov, Esq. (SBN 156478)
Steve K. Johnson, Esq. (SBN 107638)
Brian Finn, Esq.
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile (213) 624-6999
Email: skj@mmker.com
Email: jml@mmker.com
```

Attorneys for Defendant,
FRY'S ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>        Plaintiff,<br><br>vs.<br><br>1695 WILLOW PASS ROAD, LLC FRY'S ELECTRONICS, INC.,<br><br>        Defendants. | Case No.: **C 07-05215 WHA**<br><br>DEFENDANT FRY'S ELECTRONIC'S, INC.'S DISCLOSURE OF CONSTRUCTION AND ALTERATION HISTORY OF 1695 WILLOW PASS ROAD, CONCORD, CALIFORNIA [Pursuant to Local General Order No. 56] |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant, FRY'S ELECTRONICS, INC. provides the following disclosures of information in its control regarding the construction and alteration history of the subject premises, located at 1695 Willow Pass Road, Concord, California.

Fry's Electronics, Inc. opened its retail store at the subject premises to the public on or about March 19, 2004. The premises was initially opened pursuant to a temporary certificate of occupancy, issued by the City of Concord, California. A permanent certificate of occupancy was issued a few months later.

Prior to Fry's Electronics, Inc.'s occupancy, the facility had been a Levitz Furniture Store. Before the opening of the Fry's Electronics store, renovations in modifications of the premises were made pursuant to permtis issued by the City of Concord, California. All planned renovations and modifications were approved by

1  the City of Concord.
2       Renovations of the parking lot, which is the subject of the plaintiff's claim in
3  the above-captioned matter, were made pursuant to design plans created by DLR
4  Group. Construction of the parking lot improvements was performed by Coastal
5  Paving Company. All improvements to the premises were inspected and approved
6  by the City of Concord's Building Inspector. Copies of approved plans are believed
7  to be on file with the City of Concord. The parking lot improvements were primarily
8  made between January and March of 2004.
9       No construction or alteration of the premises has occurred since the
10 renovations and modifications which were made prior to the March, 2004 opening of
11 the Fry's Electronics store.
12 Dated: March 13, 2008                    MANNING & MARDER
                                            KASS, ELLROD, RAMIREZ LLP

                                            By: _____
                                                Steve Johnson
                                            Attorneys for Defendant,
                                            FRY'S ELECTRONICS, INC.