THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>    Plaintiff,<br><br>v.<br><br>1695 WILLOW PASS ROAD, LLC, FRY'S ELECTRONICS, INC.,<br><br>    Defendant.<br>_____/ | Case No.  C 07-5215 WHA<br><br>PLAINTIFF'S DISCLOSURE OF EXPERT AND EXPERT'S REPORT |

    Plaintiff discloses his/her experts in this case as follows:

1.  Kim R. Blackseth, 310 17th Street, Oakland, California, 94612.

2.  Mr. Blackseth charges $230 per hour for his time.  A copy of Mr. Blackseth's Report as to this case, a list of Mr. Blackseth's qualifications and a list of cases where Mr. Blackseth has testified are attached hereto.

March 27, 2008


      _____S/Thomas N. Stewart, III\_\_\_\_\_
          Attorney for Plaintiff