**FILED**

JUN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Fernandes,<br><br>    Plaintiff(s),<br><br>v.<br><br>1695 Willow Pass Rd., LLC,<br><br>    Defendant(s). | No. C 07-05215 WHA MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) _phone calls between 3/18 and 6/10/08_

2. Did the case settle?    ☑ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☑ YES    ☐ NO

Dated: _6/12/08_    _____
Mediator, Robin W. Siefkin
US District Court - ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102 3426

**Certification of ADR Session**
07-05215 WHA MED